HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ALEXANDER FRIEDMANN,
an individual,

    Plaintiff,

v.

STATE OF WASHINGTON, et al,

    Defendants.

Case No. MC09-5029RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Dismiss Criminal Complaint Without Prejudice [Dkt. #3]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's motion is **GRANTED**. Plaintiff is reminded, however, that he may not refile his Complaint as currently drafted. He may not bring, or attempt to bring, criminal charges against the Defendants nor will the Court "refer" his Complaint to the United States Attorney for this District.

**IT IS SO ORDERED.**

Dated this 4rh day of March, 2010.

    _/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1